### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CRUZ, ET AL. | : | CASE NO. 3:17-CV-348 (JBA) |
| V. | : | |
| SCOTT SEMPLE, ET AL. | : | |

### MOTION FOR PRE-FILING CONFERENCE

As the Honorable Janet B. Arterton does not permit the filing of dispositive motions until a pre-filing conference has been held, the defendants respectfully request a conference for the purpose of discussing their intent to file a motion to dismiss in response to plaintiff's complaint. The defendants respectfully request that such conference be conducted by telephone. The defendants' general grounds for filing a motion to dismiss are as follows:

1. The defendants are immune from suit based on the doctrine of qualified immunity.

2. The defendants are immune from suit based on the Eleventh Amendment sovereign immunity.

WHEREFORE, the defendants respectfully move this court to grant this motion and schedule a pre-filing telephone conference at the court's discretion.

DEFENDANTS
Scott Semple, Commissioner of
Department of Correction, et al.

GEORGE C. JEPSEN
ATTORNEY GENERAL


BY: */s/ DeAnn S. Varunes*
DeAnn S. Varunes
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  deann.varunes@ct.gov
Federal Bar #ct25903

## **CERTIFICATION**

I hereby certify that on June 16, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system. A copy was also sent to the following by first-class mail, postage prepaid, to:

Michael A. Stratton, Esq.
Stratton Trial P.C.
117 River St.
Milford, CT 06460
mike@strattontrials.com
    Lead Counsel for plaintiffs

Lori A. Welch-Rubin
Lori A. Welch, LLC
37 Northrop Road Extension
Bethany, CT 06524
203-314-8708
Fax: 203-865-5444
Email: lwelchrubin@gmail.com

Martin J. Minnella
Minnella, Tramuta, and Edwards, LLC
530 Middlebury Rd. Suite 103B
Middlebury, CT 06762
203-573-1411
Fax: 860-352-5828
Email: cdamico@mtelawfirm.com

                                                      /s/ DeAnn S. Varunes
                                                DeAnn S. Varunes
                                                Commissioner of the Superior Court