UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Vega,
     *Plaintiff*,

v.                                             Civil No. 3:17cv107 (JBA)

Semple, et al,
     *Defendants*.

### SCHEDULING ORDER

Pursuant to the colloquy with counsel and Harry Vega on the record of July 24, 2017, the following is ordered:

1. Plaintiffs may file an amended complaint by August 10, 2017 to address Defendants' forthcoming 11th Amendment and Qualified Immunity grounds for dismissal.

2. Defendants' Motion to Dismiss on the two grounds outlined will be filed by August 31, 2017; opposition will be filed by September 22, 2017; any reply will be filed by October 6, 2017.

3. The parties' 26(f) Planning Report will be filed 7 days after ruling.

4. The Order of Consolidation [Doc. # 40] is amended to reflect the following case caption and lead case number: Michael Cruz, et al v. Scott Semple, et al, 3:17cv348 (JBA).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   July 24, 2017