## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HARRY VEGA, et al.,** | : | **CIVIL NO. 3:17-CV-00107 (JBA)** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SCOTT SEMPLE, et al.,** | : | **November 18, 2017** |
| *Defendants.* | | |

## <u>MOTION FOR EXTENSION OF TIME</u>

Pursuant to Local Rule 7(b), et seq., plaintiffs move for an extension of time to file their brief in opposition to defendants' motion to dismiss (Doc. 52). Plaintiffs seek 29 days from the current November 30, 2017 deadline, until and including December 29, 2017, in which to file a brief in opposition to the defendants' motion to dismiss filed on October2, 2017.  The State of Connecticut d**efendants consent to plaintiffs' second extension of time request.**

In support of this motion, undersigned represents the following:

1.      On November 7, 2017, Attorney Martin Minnella and Attorney Lori Welch-Rubin were summoned with one day's notice to begin jury selection in a Part A criminal trial in the Judicial District of Waterbury; pending are five counts of late disclosure sexual abuse of a child.  After the second day of jury selection, counsel filed an objection to the composition of the venire panels claiming state and federal constitutional violations because of the lack of a fair cross section with respect to Hispanic and African American venire persons.  In the first two days, two of 60 were African American and only one who identified her race as white but her ethnicity as Puerto Rican.  That unanticipated  legal issue has necessitated an extraordinary amount of legal

and factual research including securing an expert statistician.  A hearing on that objection begins November 20, 2017 with other motions in that matter scheduled for November 21, 2017. Trial begins December 4, 2017; the judge has instructed jurors that the matter should last 6 to 7 days.

2.      Attorney Michael Stratton has a jury trial scheduled to being  November 21, 2017 through November 29, 2017 with jury selection beginning in a second trial on November 29, 2017.  Attorney Stratton has jury selection in a third trial on December 7, 2017 and a fourth trial beginning  jury selection on December 13, 2017.

3.      Although substantive headway has been made in responding to the defendants' motion to dismiss, an additional extension of time is necessary.

4.      Because of these reasons, good cause exists for granting this motion.

**5.**      Counsel for the defendants has consented  to this motion; this is the second  extension of time sought by plaintiffs to respond to the legal arguments set forth in the motion to dismiss.

**WHEREFORE,** plaintiffs respectfully request that this motion be granted and that they be allowed until and including December 29, 2017 to file a brief in opposition to defendants' Motion to Dismiss, which contains 120 pages of attachments (Doc. 52). Plaintiffs also respectfully request that the related deadlines for briefing the motion to dismiss be adjusted accordingly.

Plaintiffs,

By  /s/ Martin Minnella  ct01931
Martin Minnella
Federal Bar No. ct01931
Minnella, Tramuta & Edwards, LLC
40 Middlebury Road
Middlebury, Connecticut
Telephone:  (203) 573-1411
Fax:  (203) 757-9313
E-mail: JohannaS@mtelawfirm.com

By /s/ Michael Stratton ct08166
Michael Stratton
Stratton Trial, PC
Federal Bar # ct09866
117 River Street
Milford, Connecticut 06460
(203) 266-1300 (office)
(212) 987-5555 (cell)
Fax: (203) 757-9313
Email: mike@strattontrials.com


By:   /s/ Lori Ann Welch-Rubin ct09866
Lori A. Welch-Rubin
Federal Bar # ct09866
37 Northrop Road Extension
Bethany, Connecticut 06524
Telephone: (203) 314-8708
Fax : (203) 865-5444
Email: lwelchrubin@gmail.com

## CERTIFICATION

I hereby certify that on November 18, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

The Motion for Extension of Time was also mailed postage prepaid to Harry Vega, Inmate # 24806, Carl Robinson Correctional Institution, 285 Shaker Road, Enfield, CT 06082


By:   /s/ Lori Ann Welch-Rubin ct09866
Lori A. Welch-Rubin