UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY VEGA, ET AL., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 3:17-CV-00107-JBA |
| v. | : | |
| SCOTT SEMPLE, ET AL., | : | |
| Defendants. | : | JULY 20, 2018 |

## APPEARANCE

Please enter the Appearance of the undersigned on behalf of the Plaintiffs, Harry Vega, Michael Cruz, Kenya Brown, Jeffrey Perry, Lee Grenier, Tavorus Fluker, Anthony Rogers, Thomas Marra, Lawrence Townsend, Terrence Easton, Lamont Samuel, Ian Cooke, John Bosse, and J. Michael Farren, in the above-captioned action.

    /s/ Proloy K. Das
    Proloy K. Das – ct28059
    pdas@murthalaw.com

Murtha Cullina LLP
185 Asylum Street, 29th Floor
Hartford, CT 06103
Telephone: 860.240.6000
Facsimile:  860.240.6150
Their Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2018, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

/s/ Proloy K. Das
Proloy K. Das
