UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY VEGA, *et al.*, | : | CIVIL NO. 3:17-cv-00107 (MEG) |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT SEMPLE, *et al.*, | : | APRIL 28, 2025 |
|     *Defendants*. | : | |

## MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 7(e), the undersigned counsel respectfully requests leave of the Court to withdraw his appearance on behalf of Plaintiffs Harry Vega, Michael Cruz, Kenya Brown, Jeffrey Perry, Lee Grenier, Tavorus Fluker, Anthony Rogers, Thomas Marra, Lawrence Townsend, Terrence Easton, Lamont Samuel, Ian Cooke, John Bosse, J. Michael Farren, Brett Fennessy, and Emisael Tirado in the above-captioned matter. In support of this Motion, the undersigned represents that Plaintiffs will continue to be represented by Martin J. Minnella, Jonathan Raad, and David X. Sullivan, who have previously filed appearances on Plaintiffs' behalf.

No prejudice to Plaintiffs' interests is expected as a result of this withdrawal of counsel. Counsel for Defendants takes no position on this Motion. The undersigned counsel represents that a copy of this Motion is being sent via U.S. Mail to the last known address of each Plaintiff in accordance with Local Rule 7(e).

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw and terminate his appearance from the docket.

Dated: April 28, 2025
   Hartford, Connecticut

             RESPECTFULLY SUBMITTED,

             PLAINTIFFS,
             HARRY VEGA, ET AL.

             By: /s/ *Justyn P. Stokely*
              Justyn P. Stokely (ct31013)
              jstokely@mccarter.com
              McCARTER & ENGLISH, LLP
              CityPlace I, 36th Floor
              185 Asylum Street
              Hartford, Connecticut 06103
              Phone: (860) 275-6738
              Fax: (860) 724-3397

## **CERTIFICATION**

I hereby certify that on April 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system.

                                                     /s/ *Justyn P. Stokely*
                                                     Justyn P. Stokely