UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY VEGA, *et al.*, | : | CIVIL NO. 3:17-CV-0107(MEG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT SEMPLE, *et al.*, | : | JUNE 16, 2025 |
| *Defendants.* | | |

## JOINT STATUS REPORT

The parties submit this joint status report. *See* (ORDER, Doc. 285); Fed. R. Civ. Pro. 6; D. Conn. L. Civ. R. 6. Concerning discovery and the related schedules, the defendants have now taken the depositions of both of plaintiff's experts, Dr. Boyer and Dr. Hu. The defendants are now focusing on their own expert discovery, with their expert disclosures due August 1, 2025.

**WHEREFORE**, the parties jointly and respectfully request that the Court accept this status report.

**ORAL ARGUMENT NOT REQUESTED**

|  |  |
|---|---|
| *Respectfully submitted,* | *Respectfully submitted,* |
| PLAINTIFFS | DEFENDANTS |
|  | WILLIAM TONG<br>ATTORNEY GENERAL |
| By:__/s/_*Martin J. Minnella*_____<br>    Martin J. Minnella, *Esq.*, ct01931<br>    Minnella, Tramuta, & Edwards, LLC<br>    40 Middlebury Road<br>    Tel:  203-573-1411<br>    Fax:  203-757-9313<br>    Email: pcrean@mtelawfirm.com<br>            mminnella@mtelawfirm.com | BY:__/s/_*Stephen R. Finucane*_____<br>    Stephen R. Finucane<br>    Assistant Attorney General<br>    165 Capitol Avenue<br>    Hartford, CT  06106<br>    Federal Bar #ct30030<br>    E-Mail:  stephen.finucane@ct.gov<br>    Tel: (860) 808-5450<br>    Fax: (860) 808-5591 |

**CERTIFICATION**

I hereby certify that on June 16, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                   __/s/_*Stephen R. Finucane*_____
                                   Stephen R. Finucane
                                   Assistant Attorney General