UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Harry Vega, Michael Cruz, Jeffrey Perry, Lee Grenier, Tavorus Fluker, Anthony Rogers, Thomas Marra, Lawrence Townsend, Terrence Easton, Lamont Samuel, John Bosse, J. Michael Farren, Brett Fennessy and Emisael Tirado,<br><br>                Plaintiffs,<br><br>v.<br><br>Scott Semple[1], James Dzurenda, Lee Arnone, Theresa Lantz, James Armstrong, Lawrence Meachum, Henry Falcone, Steven Link, David Batten, Angel Quiros, Rollin Cook, Denise Dilworth, Anthony Corcella, Craig Washington, Richard Pease,<br><br>                Defendants. | Civil No. 3:17-cv-00107 (MEG)<br><br>August 1, 2025 |

# PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

NOW COME the Plaintiffs, by and through undersigned counsel, and respectfully petition this Honorable Court for the issuance of a Writ of Habeas Corpus **ad testificandum**, pursuant to 28 U.S.C. § 2241(c)(5), and in support thereof state as follows:

1. Plaintiff **John Bosse, Inmate No. 291007,** is currently incarcerated in the custody of the Connecticut Department of Correction at **Garner Correctional Institution**.
2. Plaintiff is a named party in the above-captioned class action lawsuit currently pending before this Court.

---

[1]     Scott Semple is no longer the Commissioner of Correction.  Angel Quiros is the current Commissioner, who is automatically substituted as the official-capacity party. *See* Fed. R. Civ. P. 25(d).

1

3. An **in-person status conference** in this matter is scheduled for **August 14, 2025, 10 A.M. EST**, at the United States District Court, District of Connecticut, 141 Church Street, New Haven, Connecticut.
4. The physical presence of the Plaintiff at this proceeding is necessary for meaningful participation, consultation with counsel, and the proper prosecution of this case. No reasonable alternative to personal appearance exists under the circumstances.
5. The requested transportation and production of the Plaintiff can be facilitated by coordination between the Connecticut Department of Correction and the United States Marshals Service, and such transport will not pose an undue burden on either agency.

WHEREFORE, the Plaintiffs respectfully request that the Court issue a Writ of Habeas Corpus **ad testificandum**, directing the Connecticut Department of Corrections to produce the following inmate at the United States District Court, 141 Church Street, New Haven, CT, on **August 14, 2025 at 10 A.M. EST**, and to return him to the facility immediately following the proceeding:

**John R. Bosse**, **Inmate No. 291007**, currently incarcerated at **Garner Correctional Institution**.

*Respectfully submitted*,

PLAINTIFF, CLASS REP
HARRY VEGA ET AL

BY:___ct01931_____
Martin Minnella
Minnella & Tramuta, LLC
40 Middlebury Road
Middlebury, CT 06762
Federal Bar #ct01931
E-Mail: mminnella@mtelawfirm.com
Tel: (203) 573-1411
Fax: (860) 808-5591¶

## **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Upon consideration of Plaintiffs' Petition for Writ of Habeas Corpus ad testificandum, in the matter of *Vega v. Scott Semple,* 3:17-cv-00107 (MEG), and it appearing to the Court that the presence of the named inmate-plaintiffs is necessary for a court proceeding in this matter:

IT IS HEREBY ORDERED:

That the **Connecticut Department of Correction**, through its Commissioner or authorized representative, shall produce the following inmates:

1. **John R. Bosse**, **Inmate No. 291007**, currently incarcerated at **Garner Correctional Institution**.

At the **U.S. District Court, District of Connecticut**, 141 Church Street, New Haven, CT on **August 14, 2025 at 10 A.M. EST**, for an **in-person status conference** in the above-captioned matter.

The Connecticut Department of Correction shall coordinate with the United States Marshals Service to ensure safe and secure transportation to and from the proceeding.

The above-named inmates shall be returned to their place of incarceration immediately following the conclusion of the hearing.

                                         */s/ Maria E. Garcia, USMJ*
                                         Hon. Maria E. Garcia
                                         United States Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, a copy of the foregoing **Petition for Writ of Habeas Corpus ad Testificandum**, **Proposed Order**, and **Certificate of Service** was served via CM/ECF system and/or First-Class Mail or electronic mail upon the following:

**Office of the Attorney General (for DOC):**
Connecticut Office of the Attorney General

AAG Stephen Finucane
55 Elm Street
Hartford, CT 06106
Email: Stephen.Finucane@ct.gov

AAG Steven Barry
55 Elm Street
Hartford, Connecticut
Email: Steven.Barry@ct.gov

BY: ct01931
  Martin Minnella