UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY VEGA | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:17-cv-107 |
| | : | |
| | : | |
| SCOTT SEMPLE, ET AL. | : | January 12, 2026 |
| | : | |
| Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), plaintiff Harry Vega and all consolidated plaintiffs respectfully request an extension of time until March 16, 2026 to file an opposition to defendants' motion for summary judgment, filed December 1, 2025.

This action was filed on January 25, 2017. Undersigned counsel filed their appearances on behalf of plaintiff Harry Vega and all consolidated plaintiffs on September 26, 2025. Defendants filed their motion for summary judgment on December 1, 2025. The motion, memorandum, and all its exhibits total nearly 900 pages. Undersigned counsel are still familiarizing themselves with this case's extensive record and the complex issues of law at question in defendants' motion. Accordingly, plaintiff Harry Vega and all consolidated plaintiffs seek a sixty-day extension of time to file an opposition to defendants' motion for summary judgment. This is the undersigned's first request to extend this time limitation.

Counsel for defendants **consents** to the requested extension.

Respectfully submitted,

By: /s/ Corinne A. Burlingham, Esq.
Corinne A. Burlingham, Esq., ct31647
Michael S. Taylor, Esq., ct14650
Brendon P. Levesque, Esq., ct26352
BARRY, TAYLOR & LEVESQUE, LLC
989 Main Street
Manchester, CT 06040
E: cburlingham@ct-attorneys.com
T: (860) 649-4400; F: (860) 645-7900

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of January 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Corinne A. Burlingham, Esq.
                Corinne A. Burlingham, Esq.